

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause number:       01-15-00487-CR

Style:       Fredis Mauricio Flores v. The State of Texas

Date motion filed*:    March 9, 2016

Type of motion:    State's Second Motion for Extension of Time to File Appellate Brief

Party filing motion:    Appellee

Document to be filed:    Appellee's brief

Is appeal accelerated?    No.

If motion to extend time:

    Original due date:    December 23, 2015

    Number of extensions granted:    1    Current Due Date:  February 3, 2016

    Date Requested:    April 8, 2016

Ordered that motion is:

    ☑ Granted

        If document is to be filed, document due:  April 8, 2016.

        ☑    No further extensions of time will be granted.

    ☐ Denied

    ☐ Dismissed (*e.g.*, want of jurisdiction, moot)

    ☐ Other: _____

Judge's signature: /s/ Evelyn V. Keyes
        ☒ Acting individually

Date:  March 15, 2016